**No. 46207.**—Protests 794824–G, etc., of Fisher Bruce & Co., Inc., et al. (New York)·

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, JULY 28, 1941

**No. 46208.**—Protest 759327–G of Sun Sing Lee Co. (Los Angeles).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Rapken* v. *United States* (25 C. C. P. A. 268, T. D. 49393) the merchandise assessed at 25 percent ad valorem and 80 cents per pound under paragraph 24 was held dutiable at 25 percent ad valorem and 40 cents per pound under the same paragraph as claimed. It was also held that none of the merchandise covered by the protest was subject to the internal revenue tax. The protest was sustained accordingly.

**No. 46209.**—Protest 759326–G of Sun Sing Lee Co. (Los Angeles).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Wing Duck Co.* v. *United States* (2 Cust. Ct. 102, C. D. 97), affirmed in 6 Cust. Ct. 133, C. D. 446, it was held that the merchandise was not subject to the internal revenue tax of $2 per gallon. The protest was overruled in all other respects.

**No. 46210.**—Protests 42023–K, etc., of Butler Bros. et al. (Baltimore, etc.).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.